IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 18-0293-02-CR-W-DGK |
| | ) | |
| Plaintiff, | ) | Date: September 17, 2019 |
| | ) | |
| vs. | ) | |
| | ) | |
| Trevor Scott Sparks, | ) | Page 1 of 1 |
| | ) | |
| Defendant. | ) | |

## MINUTES OF EVIDENTIARY HEARING

Hon. John T. Maughmer presiding at Kansas City, Missouri
================================================================
Nature of Proceeding: evidentiary hearing on motion for discovery sanctions [Doc. 1170]

Time Commenced: 2:30 pm    Time Terminated: 3:15    Total Time: 45 minutes

Plaintiff by:  AUSA Bruce Rhoades        Defendant by:  Joe Vanover

| Exhibits Admitted/ Remarks: Parties appear ready to proceed with evidentiary hearing @ 2:00 pm Counsel for defendant Sparks presents argument to Court regarding discovery issues in this case.<br>Def. Ex. 1-4 admitted w/o objection @2:39<br>Def. Ex. 6 admitted over objection @ 2:42<br>Def. Ex. 5 admitted over objection at @ 2:45<br>Def. Ex. 7 admitted over objection @ 2:47<br>Counsel for United States responds to arguments of defense counsel.   Court takes momentary recess.<br>Court returns and denies motion for discovery sanctions and discusses manner of proceeding forward in this matter. | **Witness Testifying** |
|---|---|
| | |

Motion to Suppress taken under advisement, Report and Recommendation to follow.

**Court Recessed at:**   3:15

Court Reporter: Judy Moore            /S/     Pamela Alexander
                                       Pamela Alexander, Law Clerk