IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **United States of America,** | ) | Case No. 18-0293-02-CR-W-DGK |
| Plaintiff, | ) | Date: September 18, 2019 |
| vs. | ) | |
| **Trevor Scott Sparks,** | ) | Page 1 of 1 |
| Defendant. | ) | |

## MINUTES OF EVIDENTIARY HEARING

Hon. John T. Maughmer presiding at Kansas City, Missouri

===========================================================================

Nature of Proceeding: evidentiary hearing on motions to suppress [Doc. 166]

Time Commenced: 1:00 pm    Time Terminated: 4:00    Total Time: 3 hours

Plaintiff by: AUSA Bruce Rhoades    Defendant by: Joe Vanover

| Exhibits Admitted/ Remarks: Parties appear ready to proceed with evidentiary hearing @ 1:00 pm<br>Ex. 6 admitted w/o obj @ 1:29<br>Ex. 7 admitted w/o obj @ 1:30<br>Ex. 9, 10 admitted w/o obj @ 1:41<br>Ex. 15 admitted w/o obj. @ 1:46<br>Ex. 3, 4 admitted w/o obj @ 1:51<br>Ex. 5 admitted w/o obj @ 1:52<br>Ex. 8 admitted w/o obj @ 1:53<br>Ex. 11 admitted w/o obj @ 1:54<br>Ex. 12 admitted w/o obj @ 1:55<br>Ex. 14 admitted w/o obj @ 1:56<br>Ex. 16 admitted w/o obj @ 1:57<br>Ex. 17, 18 admitted w/o obj @ 2:00<br>Ex. 19 admitted w/o obj @ 2:01<br>Ex. 11 admitted w/o obj @ 2:14<br>Def. Ex. 11 admitted w/o obj @ 2:14<br>Def. Ex. 3 admitted w/o obj @ 2:27<br>Def. Ex. 4 admitted w/o obj @ 2:28<br>Ex. 1 admitted w/o obj @ 3:00<br>Ex 2a and 2b admitted w/o obj @ 3:02<br>Def. Ex. 10 admitted w/o obj @ 3:13<br>Def. Ex 2 admitted w/o obj @ 3:16<br>Def. Ex 6 admitted over obj. @ 3:25<br>Def. Ex 7 admitted over obj. @ 3:26<br>3:53 break 4:00<br>No further evidence, testimony or proffers | **Witness Testifying**<br>1:05 Ryan Williams (direct)<br>2:03 (cross)<br>2:40 Trish McCormick (direct)<br>3:03 (cross)<br>3:49 (redirect) |
|---|---|

Motion to Suppress taken under advisement, Report and Recommendation to follow.

**Court Recessed at:** 4:00

Court Reporter: Judy Moore /S/     Pamela Alexander
Pamela Alexander, Law Clerk