# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-CR-00293-DGK-02 |
| TREVOR SCOTT SPARKS, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS AND MOTION TO DISMISS COUNT THREE OF SECOND SUPERSEDING INDICTMENT

Before the Court are Defendant's Motion to Suppress (Doc. 166), Defendant's Motion to Dismiss Count Three of the Second Superseding Indictment (Doc. 167), and United States Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 236). The Court has read the Government's responses to Defendant's motions (Docs. 186, 188), Defendant's replies (Docs. 189, 190), and Defendant's Objections to Judge Maughmer's Report and Recommendation (Doc. 237). The Court has also reviewed the transcript from the evidentiary hearing held on September 18, 2019, (Doc. 210) and the admitted exhibits.

After carefully reviewing Judge Maughmer's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(a), the Court ADOPTS the Report and Recommendation (Doc. 236). The Court DENIES Defendant's Motion to Suppress (Doc. 166) and his Motion to Dismiss Count Three of the Second Superseding Indictment (Doc. 167).

**IT IS SO ORDERED.**

Date: <u>January 27, 2020</u>   <u>/s/ Greg Kays</u>
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT