IN THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA<br>　　　Plaintiff,<br>v.<br><br>TREVOR SCOTT SPARKS<br>　　　Defendant. | 18-00293-2 |

MOTION FOR APPOINTMENT OF SUBSTITUTE ATTORNEY

　　　Defendant Trevor Sparks, by and through appointed counsel Joseph W. Vanover, moves this Court appoint a new attorney for defendant and withdraw the undersigned from this case. Mr. Sparks offers the following:

SUGGESTIONS IN SUPPORT

　　　1.　　Mr. Sparks and others were indicted on December 12, 2018 by a superseding Indictment (Doc. 18) which alleged Mr. Sparks engaged in a continuing criminal enterprise (count three), conspired to launder money (count two), possessed firearms in furtherance of crimes of violence and drug trafficking crimes (count four), and possessed firearms following conviction for a felony (count five).  Mr. Sparks is presently charged with the same offenses by the second superseding Indictment (Doc. 127).  The case is currently on the trial docket starting August 10, 2020.

　　　2.　　Mr. Sparks has directed the undersigned to file a motion with the Court asking that a new attorney be appointed to represent the defendant and allowing the undersigned to withdraw.

　　　3.　　Mr. Sparks has informed the undersigned that he believes the undersigned does not do things Mr. Sparks asks related to this case.  Mr. Sparks has informed the undersigned that

Mr. Sparks would feel more comfortable if the undersigned withdrew from this case. Mr. Sparks has informed the undersigned that he will write a letter to the court with more information relevant to this motion.

4. Mr. Sparks has reviewed this motion and asks that it be granted.

WHEREFORE, the Defendant, Trevor Sparks, requests the Court (1) hold and not decide this motion until the court receives and reviews the letter from defendant containing more information, and (2) after review of this motion and the forthcoming letter from defendant, grant the motion or set it for hearing.

Vanover Law LLC

/s/ Joseph W. Vanover
Joseph W. Vanover, #48074
9800 NW Polo Dr., Ste 100
Kansas City, MO 64153
816-769-1948
fax 816-454-3678
jvanover@vanoverlaw.net
Attorney for Trevor Sparks

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the above and foregoing was transmitted to opposing counsel of record via the CM-ECF system on the date electronically stamped on the lower edge of this document.

by: /s/ Joseph W. Vanover
Joseph W. Vanover #48074
Attorney for Trevor Sparks