IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 18-00293-02-CR-W-DGK |
| | ) | |
| TREVOR SCOTT SPARKS, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court is the motion (Doc. No. 252) and *pro se* correspondence (Doc. No. 251) of defendant Trevor Sparks seeking the appointment of new counsel. Defendant Sparks is represented by counsel appointed pursuant to the Criminal Justice Act. The reasons set forth by defendant Sparks for the appointment of new counsel include his dissatisfaction and loss of trust with counsel, his disagreement with the legal analysis of counsel, and counsel's failure to file certain motions requested by defendant Sparks. These reasons do not justify the appointment of new counsel.

Counsel was appointed from the Court's Criminal Justice Act list of approved counsel and he has extensive experience. While disagreements often arise between counsel and defendants, that is not a sufficient reason to appoint new counsel. It is ultimately the responsibility of counsel to decide what motions are justified by the facts and law. The refusal of counsel to file specific motions is not unusual or objectionable. For these reasons, and for good cause appearing, it is

ORDERED that the motion (Doc. No. 252) and *pro se* correspondence (Doc. No. 251) of defendant Trevor Sparks seeking the appointment of new counsel are DENIED.

                                         **/s/ JOHN T. MAUGHMER**
                                                     John T. Maughmer
                                             United States Magistrate Judge