IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>(01) GERALD L. GINNINGS,<br>[DOB: 01/02/1980],<br><br>(02) TREVOR SCOTT SPARKS,<br>[DOB: 02/09/1989],<br><br>(03) MARKUS MICHAEL A. PATTERSON,<br>[DOB: 12/12/1982],<br><br>(04) GLORIA MAY JONES,<br>[DOB: 8/31/1989],<br><br>(05) VICENTE ARAUJO,<br>[DOB: 9/20/1996],<br><br>(06) LESLIE LADON WALKER,<br>[DOB: 7/2/1987],<br><br>(07) DAVID ROBERT RICHARDS II,<br>[DOB: 10/19/1987],<br><br>(08) CHRISTIAN DOUGLAS HANSEN,<br>[DOB: 04/14/1979],<br><br>(09) STEPHANIE THURMOND,<br>[DOB: 11/2/1990],<br><br>(10) LEEANNA MICHELLE SCHROEDER,<br>[DOB: 6/4/1993],<br><br>(11) ADAM JOSEPH MAINIERI,<br>[DOB: 3/1/1988], | Case No. 18-00293-01/25-CR-W-DGK |

(12) PAUL J. KIBODEAUX,
[DOB: 4/22/1983],

(13) KOURTNEY JAYNE MEYERS,
[DOB: 01/16/1989],

(14) CORY TAZ-DALTON HACK,
[DOB: 06/26/1995],

(15) RORY DALE BECHTEL,
[DOB: 04/14/1983],

(16) PHILLIP TRA JOSEPH HOYT,
[DOB: 08/12/1976],

(17) BOBBIE LYNN KING,
[DOB: 07/05/1969],

(18) LOGAN TANNER LAWS,
[DOB: 10/09/1991],

(19) KENNETH JAMES MCCLURE,
[DOB: 02/09/1979],

(20) MARION DOUGLAS MCCROREY JR.,
[DOB: 10/05/1979],

(21) PATRICIA GAIL NELSON, AKA MCCOLLUM, AKA "MAMA PAT,"
[DOB: 06/21/1960],

(22) CHRISTOPHER DEAN PARTON,
[DOB: 04/25/1989],

(23) CHRISTOPHER BRIAN ROGAN,
[DOB: 01/21/1976],

(24) AMANDA LEIGH WATSON,
[DOB: 05/09/1987],

(25) MICHAEL GLEN ZIEGER, AKA ZIEGLER, AKA "LEE SUMMIT MIKE,"
[DOB: 08/25/1976],
                     Defendants.

# MOTION OF THE UNITED STATES FOR CONTINUANCE OF A DETENTION HEARING

Comes now the United States of America, by the United States Attorney for the Western District of Missouri, and does hereby move the Court for its order granting a continuance of the detention hearing as provided by Section 3142(f), Title 18, United States Code.

## SUPPORTING SUGGESTIONS

Title 18, United States Code, Section 3142(f) provides that the appropriate judicial officer shall hold a hearing to determine whether any condition or combination of conditions set forth in Section 3142(c) will reasonably assure the appearance of a defendant as required and the safety of any other person and the community when the attorney for the government moves for a detention hearing provided by said subsection, or upon the appropriate judicial officer's own motion, also as provided by Section 3142(f).

Subsection (f) of Section 3142 provides: "The hearing shall be held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the government seeks a continuance. Except for good cause, a continuance on motion of the person may not exceed five days, and a continuance on motion of the attorney for the government may not exceed three days. During a continuance, the person shall be detained . . . ."

The United States desires the continuance to facilitate the acquisition of additional information regarding the above defendants, to evaluate the said information, and to prepare for the hearing.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By   */s/ Bruce Rhoades*

Bruce Rhoades
Assistant United States Attorney
Violent Crimes & Drug Trafficking Unit

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 27, 2020, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Bruce Rhoades*
Bruce Rhoades
Assistant United States Attorney