IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 18-00293-02-CR-W-DGK |
| | ) | |
| TREVOR SCOTT SPARKS, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court is the motion (Doc. No. 258) of defendant Trevor Sparks for Speedy Trial and Objection to Continuance. The government has filed its Suggestions in opposition (Doc. No. 315).

This case currently pends on a third superseding indictment returned by the Grand Jury on Joly 21, 2020. There are 25 defendants and the case charges serious weapons offenses and a complex drug conspiracy. Following motions to continue the trial filed by several defendants, the case is currently set for trial on the Court's Joint Criminal Jury Trial Docket scheduled to begin March 22, 2021. Several motions have been filed by defendant Sparks, including motions to dismiss, for suppression and for severance. It is anticipated that other co-defendants will be filing other substantive motions. Additionally, several of the co-defendants named in the third superseding indictment have yet to appear before the Court. The current Speedy Trial Deadline for defendant Sparks is July 1, 2021.

For these reasons, and for good cause appearing, it is

ORDERED that is the motion (Doc. No. 258) of defendant Trevor Sparks for Speedy Trial and Objection to Continuance is DENIED.

_____ /s/ **JOHN T. MAUGHMER** _____
John T. Maughmer
United States Magistrate Judge