IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00293-CR-W-DGK |
| ) | |
| GERALD L. GINNINGS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby

ORDERED that any CJA counsel who has not already done so and believes their attorney fees will exceed the statutory cap shall file a proposed budget with the Court through an <u>ex parte</u> motion on or before January 8, 2021. It is further

ORDERED that counsel submitting proposed budgets are directed to use Attorney Budgeting Forms CJA 28A and B.

Date: December 9, 2020

                                                               /s/ *Jill A. Morris*     .
                                                                 JILL A. MORRIS
                               UNITED STATES MAGISTRATE JUDGE