IN THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA<br>    Plaintiff,<br>v.<br><br>TREVOR SCOTT SPARKS<br>    Defendant. | 18-00293-2 |

BRIEF ON SEVERANCE

Defendant Trevor Scott Sparks, by and through appointed counsel Joseph W. Vanover, moves this Court to sever him from the codefendants in the trial of this case and order that he receive a separate trial. In support of this request, the defense states as follows:

The Court ordered that all defendants wanting to join in a request for severance file briefs. Doc. 411. Mr. Sparks joins in the request for severance. Mr. Sparks renews his motion for severance, Doc. 169, filed July 29, 2019, said motion being incorporated herein by this reference.

WHEREFORE, Mr. Sparks moves this Court to sever him from the codefendants in the trial of this case and order that he receive a separate trial, and for other relief as may be appropriate.

    Vanover Law LLC

    /s/ Joseph W. Vanover
    Joseph W. Vanover, #48074
    9800 NW Polo Dr., Ste 100
    Kansas City, MO 64153
    816-769-1948
    fax 816-454-3678
    jvanover@vanoverlaw.net
    Attorney for Trevor Sparks

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the above and foregoing was transmitted to opposing counsel of record via the CM-ECF system on the date electronically stamped on the lower edge of this document.

by: /s/ Joseph W. Vanover
Joseph W. Vanover #48074
Attorney for Trevor Sparks