IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. 18-00293-CR-W-DGK |
| | ) | |
| LEEANNA SCHROEDER | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO WITHDRAW**
**OBJECTION TO CONTINUANCE (DOC. 409)**

Defendant Leeanna Schroeder, through counsel, notifies the Court that she withdraws her motion in opposition to a trial continuance and any request for a trial severance at this time. (Doc. 409).

 Respectfully submitted,

 /S/ CYNTHIA M. DODGE

 Cynthia M. Dodge
 312 SW Greenwich Drive, #10
 Lee's Summit, MO 64082
 MO#47754 KS#78371
 (816) 246-9200
 FAX (816) 246-9201
 cindy@cdodgelaw.com
 ATTORNEY FOR DEFENDANT

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff, and counsel for the co-defendants in this matter are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded on January 20, 2021 upon the filing of the foregoing document.

*/s/ Cynthia M. Dodge*
CYNTHIA M. DODGE