IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. 18-00293-CR-W-DGK |
| | ) | |
| LEEANNA SCHROEDER | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Leeanna Schroeder, through counsel, under Rule 15.1 of Local Rules of Procedure for the United States District Court for the Western District of Missouri moves the Court for leave to file exhibits under seal as cited to in her Second Motion for Reconsideration of Bond (Doc. 410).

Respectfully submitted,

/S/ CYNTHIA M. DODGE

Cynthia M. Dodge
312 SW Greenwich Drive, #10
Lee's Summit, MO 64082
MO#47754 KS#78371
(816) 246-9200
FAX (816) 246-9201
cindy@cdodgelaw.com
ATTORNEY FOR DEFENDANT

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff, and counsel for the co-defendants in this matter are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded on January 20, 2021 upon the filing of the foregoing document.

*/s/ Cynthia M. Dodge*
CYNTHIA M. DODGE