IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                              Case No.   18-00293-02-CR-W-DGK

TREVOR SCOTT SPARKS,

        Defendant.

---

### ORDER TERMINATING CRIMINAL JUSTICE ACT COUNSEL
### and ORDER APPOINTING CRIMINAL JUSTICE ACT COUNSEL

On March 5, 2021, CJA counsel Joseph Vanover filed a Motion to Withdraw at Doc. #454 and requesting the Court appoint new conflict-free counsel. Therefore, it is

ORDERED that Joseph Vanover and each member of his attorney staff be, and they are hereby, relieved as appointed counsel for the defendant at all further proceedings.

It is FURTHER ORDERED that F.A. "Al" White, Jr., 7924 N. Cherry Street, Kansas City, MO, 64118, Phone (816) 454-5300 be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                              /s/ Jill A. Morris
                                              JILL A. MORRIS
                                              UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
March 15, 2021