# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00293-02-CR-W-DGK |
| ) | |
| ) | |
| TREVOR SCOTT SPARKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 17, 2021, counsel for Defendant Trevor Sparks filed a motion for a competency evaluation. (Doc. 505) The motion requests that the Court order a psychiatric examination of Defendant in order to assess Defendant's ability to understand the proceedings pending against him and to assist counsel in his defense. The Government does not object.

Given the information presented to the Court in the motion and accompanying sealed exhibits, the Court finds that Defendant might presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court further believes that prior to conducting a hearing with respect to Defendant's mental competency to stand trial, Defendant should undergo an examination.

Based on the foregoing, it is

ORDERED that Defendant shall be committed to the custody of the Attorney General for placement in a suitable facility, pursuant to 18 U.S.C. § 4247(b), to undergo a psychiatric or psychological examination, pursuant to 18 U.S.C. § 4241(b), to be conducted by a licensed or certified psychiatrist or psychologist employed by the institution to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is further

ORDERED that pursuant to 18 U.S.C. § 4247(b) the commitment of Defendant to the custody of the Attorney General herein ordered shall not exceed thirty days unless that time is

extended for an additional period of time not to exceed fifteen days upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.  It is further

ORDERED that, upon completion of the examination herein ordered, the examining psychiatrist or psychologist shall prepare a report, for filing with the Court, in accordance with the provisions of 18 U.S.C. § 4247(c).  It is further

ORDERED that the United States Marshal for the Western District of Missouri forthwith transport Defendant to the facility designated by the Attorney General.  It is further

ORDERED that, upon completion of the examination herein ordered, Defendant shall promptly be returned before the Court for a hearing to determine whether or not Defendant is presently suffering from a mental disease or defect which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  It is further

ORDERED that Defendant's request for a hearing to determine the necessity of a competency evaluation is denied as moot.

Dated this 17th day of September, 2021, at Kansas City, Missouri.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE
