IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 18-00293-02-CR-W-DGK |
| TREVOR SCOTT SPARKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 17, 2021, the Court ordered that Defendant be committed to an appropriate Bureau of Prisons facility to undergo a psychological examination. The order stated that Defendant's commitment was not to "exceed thirty days unless that time is extended for an additional period of time not to exceed fifteen days upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant." Defendant arrived at the Bureau of Prisons facility on October 22, 2021, and was placed in quarantine due to the COVID-19 pandemic. Defendant was released from quarantine status on November 5, 2021. On November 29, 2021, the Court received a letter dated November 15, 2021, requesting that the study period commence with the date Defendant was released from quarantine. Given the circumstances surrounding the pandemic, including the need to quarantine, the Court finds good cause to begin the 30-day period from November 5, 2021. Accordingly, it is

ORDERED that the Federal Bureau of Prisons' request is granted. Defendant's evaluation shall conclude by December 3, 2021.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE