IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-00293-02-CR-W-DGK |
| TREVOR SCOTT SPARKS, | ) |
| Defendant. | ) |

<u>REPORT AND RECOMMENDATION</u>

On September 17, 2021, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 506) Defendant was examined by Jeremiah Dwyer, Ph.D., who prepared a report dated January 12, 2022. (Doc. 535)

A competency hearing was held on February 25, 2022. The Government was represented by Assistant United States Attorney Bruce Rhoades. Defendant appeared with appointed counsel F.A. White, Jr. The parties stipulated that Dr. Dwyer would testify consistent with his report. No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Date: February 25, 2022

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE