# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:18-CR-00293-DGK |
| TREVOR SCOTT SPARKS, ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 8, 2021, Defendant was ordered to be committed to the custody of the United States Attorney General or the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. ECF No. 506. Jeremiah Dwyer, Ph.D., prepared a report opining that Defendant was competent to stand trial. ECF No. 535.

A competency hearing was held before Judge Jill A. Morris on February 25, 2022, and Defendant and the Government stipulated that Dr. Dwyer would testify consistent with his report. On February 25, 2022, Judge Morris entered a Report and Recommendation, recommending Defendant be declared competent to stand trial. ECF No. 555. Neither party filed an objection.

After an independent, de novo review of the record and applicable law, the Court ADOPTS the Report and Recommendation of Magistrate Judge Jill A. Morris in its entirety, and finds that Defendant is competent to stand trial. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between September 17, 2021—when Defendant moved for a competency exam—and the date of this order is excluded in computing the time within which trial must commence.

**IT IS SO ORDERED.**

Date: March 21, 2022                    /s/ Greg Kays
                                        GREG KAYS, JUDGE
                                        UNITED STATES DISTRICT COURT