IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 18-00293-01/25-CR-W-DGK |
| | ) | |
| TREVOR SPARKS, | ) | |
| | ) | |
| Defendant, | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the Defendant, Trevor Sparks, by and through undersigned counsel, and hereby moves this Court for its Order to allow him to file a Motion for Court Review under seal.

WHEREFORE, the undersigned respectfully requests this Honorable Court to grant his request for its Order allowing defendant leave to file a Motion for Court Review under seal and for such other orders as the Court may deem just and proper in the premises.

Respectfully Submitted,

/s/ F.A. White Jr.
F. A. White, Jr. #13412
7924 N. Cherry St.
Kansas City, Missouri 64118
(816) 454-5300
(816) 455-3443 FAX

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022 the forgoing was filed in the Court's electronic filing system and a copy electronically served on the Assistant United States Attorney, and counsel for the government.

/s/ F.A. White Jr.
F. A. White, Jr.