IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00293-02-CR-W-DGK |
| ) | |
| TREVOR SCOTT SPARKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Sparks' sealed motion requesting Court review of attorney representation. (Doc. 616) A hearing was held on August 19, 2022. Defendant was present, represented by F. A. White, Jr. and Blade Moore. The government was represented by Assistant United States Attorney Robert Smith. A discussion of Defendant's complaints was held *ex parte*. Based on the record created at the hearing, I find that defense counsel have acted in a manner that competent and prepared attorneys would. It is therefore

ORDERED that Defendant Sparks' request for a hearing to discuss representation is granted. All other requests for relief are denied.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE